IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00172-PSF-CBS

PHYLLIS HOCKENBERRY,

    Plaintiff,

v.

GENERAL INSURANCE COMPANY OF AMERICA,
a subsidiary of SAFECO Insurance Company, a Washington corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Leave to File Amended Complaint (filed March 9, 2006; *doc. no. 14*) is **GRANTED**.

    As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's Amended Complaint and Jury Demand (*doc no. 14-2*) tendered to the court on March 9, 2006.

**DATED:**    March 14, 2006