IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00172-PSF-CBS

PHYLLIS HOCKENBERRY,

    Plaintiff,

v.

GENERAL INSURANCE COMPANY OF AMERICA,
a subsidiary of SAFECO Insurance Company, a Washington corporation,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    THE COURT, having reviewed the Joint Motion for Leave to File Stipulated Protective Order (*doc. no. 25*) and being fully advised herein, hereby GRANTS said motion.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    May 22, 2006