IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00172-PSF-CBS

PHYLLIS HOCKENBERRY,

    Plaintiff,

v.

GENERAL INSURANCE COMPANY OF AMERICA,
a subsidiary of SAFECO Insurance Company, a Washington corporation,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY **ORDERED** that Defendant's Motion to Amend Scheduling Order (*doc. no. 29*) is **DENIED,** without prejudice, for failure to provide a certificate showing compliance with D.C.COLOL.CivR. 7.1A. The Court is unable to determine to what extent counsel attempted to confer with opposing counsel and whether the motion is opposed or unopposed.

**DATED:** July 5, 2006