# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00172-PSF-CBS

PHYLLIS HOCKENBERRY,

    Plaintiff,

v.

GENERAL INSURANCE COMPANY OF AMERICA, a
Subsidiary of SAFECO Insurance Company, a Washington Corporation,

    Defendant.

## ORDER

THE COURT, having reviewed Plaintiff's Unopposed Motion to Take Depositions Out of Time and to Modify the Scheduling Order to Extend the Deadline to File Dispositive Motions [Doc. 40, filed September 22, 2006], and having been fully advised herein, hereby GRANTS said motion and permits Plaintiff to take the depositions of Gail Pasaro and Bill Burke out of time, with said depositions to be completed not later than October 30, 2006.  And it is further

ORDERED, that the Scheduling Order is modified to extend the deadline to file dispositive motions not later than **November 15, 2006**.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

DATED at Denver, Colorado, this 26th day of September, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge