IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00172-PSF-CBS

PHYLLIS HOCKENBERRY,

    Plaintiff,

v.

GENERAL INSURANCE COMPANY OF AMERICA,
a subsidiary of SAFECO Insurance Company, a Washington corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order Regarding Production of Plaintiff's Social Security Disability Income File (*doc. no. 44)* is **GRANTED**. The discovery deadline is extended to October 31, 2006, solely for the purposes of producing Plaintiff's Social Security Income File.

**DATED:**    October 3, 2006