IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00172-PSF-CBS

PHYLLIS HOCKENBERRY,

    Plaintiff,

v.

AMERICAN STATES INSURANCE COMPANY, a subsidiary
of SAFECO Insurance Company, a Washington corporation,

    Defendant.

---

### ORDER TO AMEND CAPTION

---

The Court, having reviewed Plaintiff's Unopposed Motion for Leave to Amend Caption (Dkt. # 48), and being fully advised herein, hereby GRANTS said motion. It is

FURTHER ORDERED that the caption in this matter shall be changed as set forth above to reflect such amendment.

    DATED: November 3, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge