IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00172-PSF-CBS

PHYLLIS HOCKENBERRY,

      Plaintiff,

v.

AMERICAN STATES INSURANCE COMPANY, a subsidiary
of SAFECO Insurance Company, a Washington corporation,

      Defendant.

---

## ORDER OF DISMISSAL

---

      The Court having read the parties' Stipulation of Dismissal With Prejudice

(Dkt. # 79) and being otherwise advised in the premises, hereby

      ORDERS that the within action is DISMISSED WITH PREJUDICE, pursuant

to F.R.Civ.P. 41(a)(1), each party to bear her or its own costs and attorney's fees.

      DATED:  February 8, 2007

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____

                        Phillip S. Figa
                        United States District Judge